**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 02-cv-01625-REB-MJW

BROADCAST MUSIC, INC., et al.,

    Plaintiffs,

v.

JOHN HARVEY REES d/b/a RADIO STATION KEJI-FM, and individually,

    Defendant.

**ORDER DENYING WITHOUT PREJUDICE
MOTION FOR REVIVAL OF JUDGMENT**

**Blackburn, J.**

The matter before me is the judgment creditors' **Motion for Revival of Judgment** [#15], filed August 5, 2015. Pursuant to D.C.COLO.LCivR 7.1(d), "a motion involving a contested issue of law shall state under which rule or statute it is filed and be supported by a recitation of legal authority incorporated into the motion." Although movants aver that the motion is brought pursuant to Fed. R. Civ. P. 69 and C.R.C.P. 54(h), they fail to discuss or analyze specifically how those rules are implicated by the particular facts of the case, much less warrant the relief they request. The court is neither required nor inclined to make parties' arguments for them, and thus denies the motion without prejudice.

    **THEREFORE, IT IS ORDERED** that the **Motion for Revival of Judgment** [#15], filed August 5 2015, is denied without prejudice.

Dated August 10, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge